**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | | |
|---|---|---|---|
| **GE LIGHTING SOLUTIONS, LLC,** | ) | | |
| Plaintiff | ) | Case Nos. | **1:12-cv-3131** |
| | ) | | **1:12-cv-3132** |
| vs. | ) | | **1:12-cv-3134** |
| **LIGHTS OF AMERICA, INC (3131)** | ) | | **1:12-cv-3136** |
| | ) | | |
| **LIGHTING SCIENCE GROUP CORPORATION (3132)** | ) | **JUDGEMENT ENTRY** | |
| | ) | | |
| **FEIT ELECTRIC COMPANY, INC (3134)** | ) | | |
| | ) | | |
| **MSI, LLC (3136)** | ) | | |

**\*\*THIS DOCUMENT APPLIES TO ALL OF THE ABOVE-CAPTIONED CASES\*\***

For the reasons stated in the Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed with prejudice.

*/s/ Dan Aaron Polster 8/5/15*
**Dan Aaron Polster
United States District Judge**